909 A.2d 297

**Lois EISER, Administratrix of the Estate of William M. Eiser and Lois Eiser, Individually, Petitioner**

v.

**BROWN WILLIAMSON TOBACCO CORPORATION and the Tobacco Institute, Respondents.**

Supreme Court of Pennsylvania.

Sept. 22, 2006.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of September, 2006, the Petition for Allowance of Appeal is granted limited to the following issue:

Did Appellant waive her right to appellate review by raising a quantity of issues sufficient to impair meaningful appellate review?